USCA1 Opinion

 

 March 29, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2000 UNITED STATES OF AMERICA, EX. REL. JONATHAN R. REES, Plaintiff, Appellant, v. YOLANDA LUGO-RAMIREZ, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Lynch, Circuit Judges. ______________ ____________________ Johathan R. Rees on brief pro se. ________________ ____________________ ____________________ Per Curiam. Appellant's argument that the district __________ court erred in failing to hold an evidentiary hearing which it had scheduled on demand by appellant and which appellant then refused to attend, is frivolous. After a careful review, the judgment of the district court is affirmed for ________ substantially the reasons stated in its order of July 7, 1995. See Loc. R. 27.1. ___ -3-